# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HBA ENTERPRISES, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01358-JLT-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE<br><br>(ECF No. 13) |

On September 10, 2021, Plaintiff Darren Gilbert filed this action against Defendants HBA Enterprises, Inc., and Abdulsalam Mahmood Rashed, alleging violations of the Americans with Disabilities Act and California law. (ECF No. 1.) A summons was returned executed as to Defendant HBA Enterprises, Inc., on October 18, 2021. (ECF No. 4.) Default was entered against Defendant HBA Enterprises, Inc., on November 12, 2021. (ECF No. 8.) On January 10, 2022, a summons was returned executed as to Defendant Abdulsalam Mahmood Rashed. (ECF No. 11.)

On January 27, 2022, Plaintiff filed a request for administrative relief from the service deadline. (ECF No. 13.) Plaintiff proffers that due to an oversight, the notice required by California Code of Civil Procedure 412.30 for substituted service was not included with the summons already attempted to be served. Given Defendants have not appeared in the action, Plaintiff states it appears service may not have been adequate to give Defendants notice of the

1

action, and Plaintiff was unaware until very recently that Defendants may not have been served properly.  Plaintiff requests until March 28, 2022, to effect further service attempts on Defendants.  The Court finds good cause to grant the Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and Plaintiff shall have until March 28, 2022, to complete service on Defendants.

IT IS SO ORDERED.

Dated:   **January 28, 2022**

UNITED STATES MAGISTRATE JUDGE