# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HBA ENTERPRISES, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01358-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A STATEMENT OF WHETHER THEY OPPOSE DEFENDANT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 24) |

　　　　This action was filed on September 10, 2021, against Defendants HBA Enterprises, Inc., and Abdulsalam Mahmood Rashed ("Rashed"). (ECF No. 1.) On March 28, 2022, Plaintiff filed a motion for default judgment against the Defendants that is currently set for hearing on May 18, 2022. (ECF Nos. 22, 23.) On April 29, 2022, Defendant Rashed filed a motion for an extension of time until June 15, 2022, to file a response to the motion for default judgment. (ECF No. 24.)[1] Defendant Rashed proffers that he is unable to timely file an "Objection/Answer . . . as a result of efforts to retain counsel." (Id.)

　　　　This is the first appearance by Defendant Rashed in this action, and the Court shall require Plaintiff to address the request and file a statement of whether they oppose, in part or fully, the requested extension of time to respond to the motion for default judgment. In the interest of deciding cases on the merits, it is the Court's hope that given Defendant Rashed has

---

[1] The filing was entered on the docket on May 2, 2022.

made a *pro se* appearance and requested an extension of time to retain counsel, Plaintiff will consider granting such request, and additionally consider whether setting aside the entry of default would be appropriate, perhaps after meeting and conferring with counsel if such counsel is retained.  It would be the Court's hope that some issues can be resolved through discussion between the parties and without the need for further briefing from the parties, and adjudication by the Court.  The Court is inclined to at least grant the extension in part to allow for a reasonable amount of time to further make efforts to obtain counsel and to allow for counsel to meet and confer with Plaintiff's counsel and to make an appearance in this action, or alternatively to afford the *pro se* party sufficient time to file an opposition if counsel is not retained.  Therefore the Court shall order Plaintiff to file a statement indicating whether they would oppose the Court granting Defendant Rashed's requested extension of time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a statement indicating whether they oppose Defendant Rashed's request for an extension of time, within **three (3)** days of entry of this order.[2]

IT IS SO ORDERED.

Dated:   **May 4, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[2] The Court will consider Plaintiff's position regarding the other named Defendant in this action and whether it is prudent to continue the hearing date as to all Defendants.