UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>HBA ENTERPRISES, INC., et al.,<br><br>   Defendants. | No. 1:21-cv-01358-JLT-SAB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT IN PART WITH REDUCTION IN ATTORNEYS' FEES**<br><br>(Docs. 22, 30) |

On September 20, 2021, Plaintiff Darren Gilbert filed this action against Defendants HBA Enterprises, Inc., and Abdulsalam Mahmood Rashed, alleging violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*; and California's Unruh Civil Rights Act, California Civil Code § 51, *et seq.* (Doc. 1.)

On March 28, 2022, Plaintiff filed a motion for default judgment. (Doc. 22.) After granting an extension of time to allow for the filing of a responsive pleading, and after no appearances by Defendants, on July 11, 2022, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for default judgment be granted. (Doc. 30.) The assigned magistrate judge also recommended reducing the requested attorneys' fees. (*Id.* at 26-33.) The findings and recommendations provided that any party could file objections thereto within 14 days. (*Id.* at 34.) No objections have been received.

1

According to 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.  Thus,

1. The findings and recommendations issued July 11, 2022 (Doc. 30) are **ADOPTED IN FULL**.
2. The motion for default judgment (Doc. 22) is **GRANTED IN PART**, with the reduced fee award as recommended by the magistrate judge.
3. Plaintiff is awarded $4,000.00 in statutory damages, $998.00 in attorneys' fees and $723.98 in costs, for a total award of $5,721.98.
4. Plaintiff is granted an injunction requiring Defendants to provide disability access to the property known as known as Stop 2 Save aka 7 Star Liquor, located at 1230 Martin Luther King Jr. Way in Merced, California ("the Facility").  The Defendants SHALL make the following modifications such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24:
    a) Providing a properly configured and identified accessible parking stall and adjacent access aisle, free of excessive slopes and uneven surfaces; and
    b) Providing a properly configured accessible route of travel from the designated accessible parking to the Facility entrance, free of excessive slopes and uneven surfaces.
5. The Clerk of the Court is directed to enter judgment in Plaintiff's favor and close this case.
6. Plaintiff is directed to mail a copy of this order to Defendants at their last known addresses.

IT IS SO ORDERED.

Dated:    **August 10, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE